**Lucio PLEITEZ–RIVERA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–72957.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 9, 2012.*

Filed Oct. 12, 2012.

Lucio Pleitez–Rivera, Santa Ana, CA, pro se.

Oil, David V. Bernal, Assistant Director, Stuart Nickum, Trial, Margaret Kuehne Taylor, DOJ–U.S. Department of Justice, Washington, DC. CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

MEMORANDUM **

Lucio Pleitez–Rivera, a native and citizen of El Salvador, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's order denying his motion to reopen removal proceedings conducted in absen-

tia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen. *Sembiring v. Gonzales,* 499 F.3d 981, 985 (9th Cir.2007). We deny the petition for review.

The agency did not abuse its discretion in denying Pleitez–Rivera's motion to reopen to rescind his removal order because the hearing notice was sent by regular mail to the address last provided by Pleitez–Rivera, and he failed to rebut the presumption of effective service. *See id.* at 988–90 (describing factors relevant to overcome presumption of effective service sent by regular mail).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.